IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bk. No.  08-22807 TPA |
| DAVID J. URBANIK | : | |
| | : | Chapter No.  13 |
| Debtor | : | |
| | : | |

**ASSIGNMENT OF CLAIM TO NATIONAL CITY BANK OF PA N/K/A NATIONAL CITY BANK S/I/I TO GALLATIN NATIONAL BANK CARE OF PNC MORTGAGE, A DIVISION OF PNC BANK NA CARE OF PNC MORTGAGE, A DIVISION OF PNC BANK, NA**

TO THE BANKRUPTCY COURT CLERK:;

Please take notice that NATIONAL CITY BANK OF PA N/K/A NATIONAL CITY BANK S/I/I TO GALLATIN NATIONAL BANK has assigned its claim in the above-captioned matter, 8, to NATIONAL CITY BANK OF PA N/K/A NATIONAL CITY BANK S/I/I TO GALLATIN NATIONAL BANK CARE OF PNC MORTGAGE, A DIVISION OF PNC BANK NA with a secured claim amount of $10,742.37, as a result of the Assignment of the Mortgage and endorsement of the Promissory Note which are the basis of the claim.

Name and Address of Assignee (Current Claimant):
    PNC MORTGAGE, A DIVISION OF PNC BANK, NA
    3232 NEWMARK DRIVE
    MIAMISBURG, OH 45342

Name and Address of Assignor (Former Claimant):
    NATIONAL CITY BANK OF PA N/K/A NATIONAL CITY BANK S/I/I TO GALLATIN NATIONAL BANK
    150 ALLEGHENY CENTER MALL
    PITTSBURGH, PA 15212

The Trustee should make future payments for this claim to the Assignee.

Please substitute the Assignee's name and address on the matrix for that of the Assignor.

| | |
|---|---|
| August 3, 2012 | /s/ Gary J. Gaertner, Esquire |
| Date | Gary J. Gaertner, Esquire |
| | Attorney I.D. 30715 |
| | Phelan Hallinan & Schmieg, LLP |
| | One Penn Center at Suburban Station |
| | 555 Grant Street, Suite 360 |
| | Pittsburgh, PA 15219 |
| | Attorney for Movant |

GJG/spd